IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02139-NRN

C.B.,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Opinion and Order signed by Magistrate Judge N. Reid Neureiter on August 16, 2023, incorporated herein by reference, it is

ORDERED that the Commissioner's final order is REVERSED.  It is

FURTHER ORDERED that the matter is REMANDED to the Commissioner for further proceedings consistent with this order and judgment.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff C.B. and against Defendant KILOLO KIJAKAZI, Acting Commissioner of Social Security.  It is

FURTHER ORDERED that plaintiff is awarded her costs, to be taxed by the clerk pursuant to Fed. R. Civ. P. 54(d)(1), D.C.COLO.LCivR 54.1, and 28 U.S.C. § 412(a)(1).

DATED at Denver, Colorado this __16TH__ day of August 2023.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: <u>s/ Román Villa,</u>
    Deputy Clerk